UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| MICHAEL FEDERHOFER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-863 AGF |
| JUSTIN JONES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On August 31, 2017, counsel with the office of the St. Louis County Counselor's Office advised that service would not be waived for defendant Justin Jones because he is no longer employed by the St. Louis County Police Department. Therefore, the Court will order counsel to submit, under seal and *ex parte*, the last known address for defendant Justin Jones.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall file, under seal and *ex parte*, the last known home address for defendant Justin Jones within twenty-one (21) days of the date of this Memorandum and Order.

Dated this 4th day of October, 2017.

*AUDREY G. FLEISSIG*
UNITED STATES DISTRICT JUDGE